AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jack, Janis G | U. S. District Court | 05/02/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1133 N. Shoreline Blvd. <br> Room 321 <br> Corpus Christi, TX 78401 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY 15 P :36 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 05/02/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Medical Practice |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | The American Law Institute | Transportation & lodging incurred relative to speaking at "Asbestos Litigation in the 21st Century" seminar 11/30/06, New Orleans, LA |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 05/02/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ████████ MEDICAL TOWER | CONTINGENT LIABILITY-GUARANTOR | M |
| 2. | AMERICAN BANK | PERSONAL LOAN | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FROST NATL. BANK | A | Interest | J | T | | | | | |
| 2. NAVY FEDERAL CREDIT UNION | A | Interest | L | T | | | | | |
| 3. PROSPERITY BANK formerly First Capital Bank | B | Interest | K | T | | | | | |
| 4. 2.587497% PARTNER, MEDICAL PLAZA ASSOC. P/S | E | Rent | J | W | | | | | |
| 5. ▇▇▇▇▇▇▇ PROFIT SHARING PLAN | | | | | | | | | |
| 6. SHORT TERM PRIME-I | D | Dividend | O | T | | | | | |
| 7. MICROSOFT CORP WASHINGTON COMMON STOCK | A | Dividend | K | T | | | | | |
| 8. PIMCO TOTAL RETURN FUND - A | A | Dividend | J | T | | | | | |
| 9. US SVGS BDS SER I | B | Interest | K | T | | | | | |
| 10. BB&T CORP COMMON STOCK | B | Dividend | K | T | | | | | |
| 11. KRISPY KREME DOUGHNUTS COMMON STOCK | | None | J | T | | | | | |
| 12. DISCOVER BK GREENWOOD CD | B | Interest | L | T | | | | | |
| 13. FIRST BANK PR CD | B | Interest | L | T | | | | | |
| 14. ORION BK NAPLES FLA CD | B | Interest | | | REDEMPTION | 12/29 | M | | |
| 15. RG PREMIER BK P R HA CD | B | Interest | L | T | | | | | |
| 16. US SVGS BDS SER I | B | Interest | K | T | | | | | |
| 17. ALLTELL CORP COMMON STOCK | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AMERIPRISE FINL INC. COMMON STOCK | A | Dividend | | | REDEMPTION | 4/18 | K | | |
| 19. AMERISTAR CASINOS COMMON STOCK | A | Dividend | K | T | | | | | |
| 20. AUTOMATIC DATA PROCESSING COMMON STOCK | A | Dividend | K | T | | | | | |
| 21. AVATAR HOLDINGS INC. COMMON STOCK | | None | K | T | | | | | |
| 22. AZTAR CORP COMMON STOCK | | None | K | T | | | | | |
| 23. BEAR STEARNS COMPANIES INC.COMMON STOCK | A | Dividend | L | T | | | | | |
| 24. BELO CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 25. BOYD GAMING COMMON STOCK | A | Dividend | K | T | | | | | |
| 26. BROOKLINE BANCORP INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 27. CHITTENDEN CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 28. COMPUTER ASSOC. INTL/CA INC COM STOCK/CA Inc. | A | Dividend | L | T | | | | | |
| 29. DISCOVERY HOLDING CO. CLASS A STOCK | A | Dividend | | | SELL | 1/12 | J | | |
| 30. EASTMAN KODAK CO. COMMON STOCK | A | Dividend | K | T | | | | | |
| 31. FEDERATED DEPT STORES INC. COMMONSTOCK | A | Dividend | K | T | | | | | |
| 32. FIDELITY BANKSHARES INC NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 33. FIRSTFED FINCL CORP COMMON STOCK | A | Dividend | | | SELL | 4/27 | J | | |
| 34. FOREST CITY ENTERPRISES INC. CL A | A | Dividend | K | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
3. Value Method Codes      P3 =$25,000,001 - $50,000,000      R =Cost (Real Estate Only)      P4 =More than $50,000,000
   (See Column C2)      Q =Appraisal      V =Other      S =Assessment      T =Cash Market
                        U =Book Value            W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| STOCK | | | | | | | | | |
| 35. GANNETT CO. INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 36. GLACIER BANCORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 37. HCA INC. COMMON STOCK | A | Dividend | | | SELL | 11/20 | K | | |
| 38. HARRAH'S ENTERTAINMENT INC. COMMON STOCK | B | Dividend | L | T | | | | | |
| 39. HEARST-ARGYLE TELEVISION COMMON STOCK | A | Dividend | K | T | | | | | |
| 40. HEWLETT PACKARD CO. COMMON STOCK | A | Dividend | K | T | | | | | |
| 41. INDEPENDENCE COMMUNITY BANK COMMON STOCK | A | Dividend | | | SELL | 3/6 | K | | |
| 42. INTERNATIONAL GAME TECHNOLOGY COMMON STOCK | A | Dividend | K | T | | | | | |
| 43. LA QUINTA CORP COMMON STOCK | A | Dividend | | | SELL | 1/25 | K | | |
| 44. LEE ENTERPRISES COMMON STOCK | A | Dividend | J | T | | | | | |
| 45. MGM MIRAGE INC. COMMON STOCK | | None | L | T | | | | | |
| 46. MARCUS CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 47. McCLATCHY CO. CL A STOCK | A | Dividend | K | T | | | | | |
| 48. MERCANTILE BANKSHARES CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 49. NEW YORK TIMES CO. CL A STOCK | A | Dividend | J | T | | | | | |
| 50. NOVELLUS SYSTEMS INC. COMMON | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| STOCK | | | | | | | | | |
| 51. PROVIDENT NEW YORK BANCORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 52. RSA SECURITY COMMON STOCK | | None | | | SELL | 4/3 | J | | |
| 53. REYNOLDS & REYNOLDS CO. CL A STOCK | A | Dividend | | | SELL | 11/3 | J | | |
| 54. STERLING FINANCIAL CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 55. SYMANTEC CORP COMMON STOCK | | None | K | T | | | | | |
| 56. TD BANKNORTH INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 57. UNIVERSAL HEALTH SERVICES CLASS B STOCK | A | Dividend | K | T | | | | | |
| 58. VERISIGN INC. COMMON STOCK | | None | K | T | | | | | |
| 59. WEBSTER FINANCIAL CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 60. AVID TECHNOLOGY INC.COMMON STOCK | | None | J | T | BUY | 12/21 | J | | |
| 61. BANK OF HAWAII CORP. COMMON STOCK | | None | K | T | BUY | 12/26 | K | | |
| 62. FIRST NIAGARA FINCL GROUP INC. COMMON STOCK | | None | J | T | BUY | 5/9 | J | | |
| 63. FULTON FINCL CORP. COMMON STOCK | | None | J | T | BUY | 6/8 | J | | |
| 64. HUNTINGTON BANCSHARES INC. COMMON STOCK | | None | J | T | BUY | 12/28 | K | | |
| 65. INTERNATIONAL BUSINESS MACHINES CORP. COMMON STOCK | | None | K | S | BUY | 4/27 | K | | |
| 66. JOHN WILEY & SONS INC. CL A | | None | K | T | BUY | 5/24 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| STOCK | | | | | | | | | |
| 67. LEHMAN BROTHERS HOLDINGS INC. COMMON STOCK | | None | K | T | BUY | 5/31 | K | | |
| 68. MASCO CORP. COMMON STOCK | | None | J | T | BUY | 11/21 | J | | |
| 69. NORTHERN TRUST CORP. COMMON STOCK | | None | K | T | BUY | 1/23 | K | | |
| 70. RAYMOND JAMES FINCL INC. COMMON STOCK | | None | J | T | BUY | 5/30 | J | | |
| 71. TEKTRONIX INC. COMMON STOCK | | None | K | T | BUY | 7/3 | K | | |
| 72. VALLEY NATIONAL BANCORP. COMMON STOCK | | None | J | T | BUY | 5/5 | K | | |
| 73. WINDSTREAM CORP. COMMON STOCK | | None | K | T | BUY | 7/28 | K | | |
| 74. PUTNAM US GOVT INC TR IRA FROST BROKERAGE SVCS | | | | | | | | | |
| 75. PUTNAM INTL GROWTH FD CL A | A | Dividend | J | T | | | | | |
| 76. PUTNAM INTL GROWTH FD B | C | Dividend | L | T | | | | | |
| 77. PUTNAM US GOVT INC TR IRA - FROST BROKERAGE SVCS | | | | | | | | | |
| 78. PUTNAM INTL GROWTH FD CL A | B | Dividend | K | T | | | | | |
| 79. PUTNAM INTL GROWTH FD B | B | Dividend | K | T | | | | | |
| 80. CASH VALUE OF LIFE INSURANCE: | | | | | | | | | |
| 81. MUTUAL OF NEW YORK | A | Interest | K | T | | | | | |
| 82. MASSACHUSETTS MUTUAL | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 83. LINCOLN NATL LIFE INS CO | A | Dividend | J | W | | | | | |
| 84. LINCOLN NATL LIFE INS CO | A | Dividend | J | W | | | | | |
| 85. FROST NATL BANK | B | Interest | K | T | | | | | |
| 86. AMERICAN BANK | A | Interest | J | T | | | | | |
| 87. AMERICAN BANK | A | Interest | J | T | | | | | |
| 88. AMERICAN BANK | A | Interest | J | T | | | | | |
| 89. AMERICAN BANK | A | Interest | J | T | | | | | |
| 90. PRIME CARE IPA | | None | J | T | | | | | |
| 91. 9.428562% Int█████████ CARDIOVASCULAR IMAGING,L.P. | C | Distribution | J | T | | | | | |
| 92. 9.524%INT████CARDIOVASCULAR IMAGING MGMT,L C | | None | J | T | | | | | |
| 93. NOTE RECEIVABLE -██████ ██████████████ | B | Interest | | | REDEMPTION | 7/5 | J | | |
| 94. TRUST #1 | | | | | | | | | |
| 95. REAL ESTATE,████████ ██████████ | D | Rent | P1 | W | | | | | |
| 96. VCSP/COLLEGE AMERICA - GROWTH FUND OF AMERICA | B | Dividend | K | T | | | | | |
| 97. VCSP/COLLEGE AMERICA INVESTMENT COMPANY OF AMERICA | B | Dividend | K | T | | | | | |
| 98. AMERICAN BANK | | None | J | T | | | | | |
| 99. FIRST NATL BANK | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes: (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS *— income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 100. FIRST NATL BANK | A | Interest | J | T | | | | | |
| 101. FROST NATL BANK | | None | J | T | BUY | 1/5 | J | | |
| 102. AMERICAN BANK | A | Int./Div. | J | T | BUY | 11/5 | J | | SEE PART VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G | 05/02/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

102. Buy 11/5/2005 and inadventently omitted from 2005 Financial Disclosure

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544